IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00926-LTB-KLM

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as Subrogee
and Assignee for The Hain Celestial Group, Inc.,

      Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY,
JOHN D. WAGNER,
JEFFREY M. WAGNER, and
KRISTIE WAGNER,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion to Appear by
Telephone at Court Scheduling Conference** [#34][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the
Scheduling Conference on January 6, 2014 at 11:00 a.m. by dialing the Court at **303-335-
2770**.  If any other parties are granted leave to appear telephonically, these parties must
initiate a conference call between themselves and Plaintiff's counsel before dialing the
Court.

      Dated:  January 2, 2014

---

[1]  "[#34]" is an example of the convention I use to identify the docket number assigned to
a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I
use this convention throughout this Minute Order.