IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00926-LTB-KLM

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as Subrogee and Assignee for The Hain Celestial Group, Inc.,

    Plaintiff,

v.

GUARANTY BANK AND TRUST COMPANY,
JOHN D. WAGNER,
JEFFREY M. WAGNER, and
KRISTIE WAGNER,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Guaranty Bank and Trust Company's **Unopposed Motion for Entry of Stipulated Protective Order** [#49 at pages 1-3][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#49] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#49 at pages 4-13] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: January 23, 2014

---

[1] "[#49]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.