IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   13-cv-00926-LTB-KLM

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, As Subrogee and Assignee for, THE HAIN CELESTIAL GROUP, INC.,
        Plaintiff,
v.

GUARANTY BANK AND TRUST COMPANY,
JEFFREY M. WAGNER,
JOHN D. WAGNER,
KRISTIE WAGNER,
        Defendants.

_____

ORDER DISMISSING REMAINING CLAIMS WITH PREJUDICE
_____

THIS MATTER is before the court on the joint unopposed motion of Plaintiff National Union Fire Insurance Company, as subrogee and assignee for The Hain Celestial Group, Inc. ("National Union"), Jeffrey M. Wagner and John D. Wagner, for dismissal with prejudice of all remaining claims.  The Court finds that National Union, Jeffrey M. Wagner and John Wagner have entered into a settlement agreement and release, and claims against Kristie Wagner were discharged in bankruptcy proceedings.

IT IS HEREBY ORDERED that all claims by National Union against Jeffrey M. Wagner, Kristi Wagner and John D. Wagner are hereby dismissed with prejudice.  The parties shall perform their respective obligations under their settlement agreement and release.  The parties shall pay their own costs and attorney fees.

Dated: July   7  , 2015.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge